UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONOVAN YOUNG,

    Petitioner,                                      Civil Action No. 16-CV-10841

v.                                                  HON. BERNARD A. FRIEDMAN

JEFFREY WOODS,

    Respondent.
_____/

## OPINION AND ORDER DENYING PETITIONER'S
## APPLICATION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on petitioner Donovan Young's notice of appeal and application to proceed *in forma pauperis* [docket entries 17 and 18]. Young appeals the Court's May 12, 2017, order denying his petition for a writ of habeas corpus.

28 U.S.C. § 1915(a)(3) controls Young's application, stating that an "appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The Supreme Court has defined an appeal taken in good faith as any non-frivolous appeal.[1]

The Court denies Young's application because his appeal is frivolous. No reasonable jurist could disagree with the findings of the Court's May 2017 order. Accordingly,

IT IS ORDERED that Young's application to proceed *in forma pauperis* is denied.

                                                     s/Bernard A. Friedman
                                                     BERNARD A. FRIEDMAN
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Dated: June 16, 2017
       Detroit, Michigan

---

[1] *Coppedge v. United States*, 369 U.S. 438, 445 (1962).